1
2
3
4        **UNITED STATES DISTRICT COURT**
5            **DISTRICT OF NEVADA**
6
7   AMANDA LOU CAVALIERI,                )
8                        Plaintiff,      )        Case No. 2:11-cv-00351-ECR-PAL
                                         )
9   vs.                                  )            **ORDER**
                                         )
10  LAS VEGAS METROPOLITAN POLICE        )
    DEPARTMENT, *et al.,*                )
11                                       )
                         Defendants.     )
12  _____  )

13          On July 21, 2001, the court entered a Discovery Plan and Scheduling Order (Dkt. #28) in error.

14  As such,

15          **IT IS ORDERD** the Discovery Plan and Scheduling Order (Dkt. #28) entered July 21, 2011,

16  shall be **STRICKEN,** and the parties will enter a proposed Discovery Plan and Scheduling Order

17  consistent with the Order (Dkt. #25) entered June 24, 2011.

18          Dated this 28th day of July, 2011.

19
20                                          _____
                                            Peggy A. Leen
21                                          United States Magistrate Judge
22
23
24
25
26
27
28