**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA LOU CAVALIERI, as Special Administrator of the ESTATE OF MICHAEL ANTHONY CAVALIERI and individually as the wife of Michael Anthony Cavalieri, deceased,<br><br>   Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; NAPHCARE; DIRECTOR LEROY KIRKEGARD; CAPT. WAYNE PECK; SGT. JOHN DOE, CORRECTIONAL OFFICER DOE, in their individual and official capacities; DOES I-X inclusive; and ROES I-X, inclusive,<br><br>   Defendants. | 2:11-cv-00351-ECR-PAL<br><br>**<u>Order</u>** |

   On March 13, 2012, the Court issued an Order (#34) dismissing Plaintiff's claims under Federal Rules of Civil Procedure 12(c) and 12(b)(6). The Court granted Plaintiff twenty-one (21) days within which to file an amended complaint. Plaintiff has failed to timely file an amended complaint.

   **IT IS, THEREFORE, HEREBY ORDERED** that this action is **<u>DISMISSED</u>**.

   The Clerk shall enter judgment accordingly.

DATED: May 9, 2012.

*Edward C. Reed*
_____
UNITED STATES DISTRICT JUDGE